**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Paradigm Chiropractor and Performance, LLC,** | : | Case No.: 25-0034-ELG |
| | : | |
| Debtor, | : | Chapter 11 |
| _____ | : | |

**MOTION TO AUTHORIZE MAINTENANCE**
**OF EXISTING CASH MANAGEMENT SYSTEM**

COMES NOW, Paradigm Chiropractic and Performance, LLC, by and through the undersigned counsel, pursuant to §363 of the Bankruptcy Code, Bankruptcy Rule 9007, and Local Bankruptcy Rule 1007-1 of the United States Bankruptcy Court for the District of Columbia, and hereby respectfully moves this Honorable Court to Authorize the Maintenance of its existing cash management system. In support of this motion, the Debtor states as follows:

1. On January 27, 2025, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia. The Debtor continues to operate its business and manage its property a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. Prior to commencement of this Chapter 11 case, the Debtor maintained a cash management system in the ordinary course of its business operations. This system includes various bank accounts for collection, management, and disbursement of funds used in the Debtor's business.

3. The Debtor seeks authorization to maintain its existing cash management system to avoid disruption to its business operations and preserve the value of its estate.

Continuation of the existing system is critical to the Debtor's ability to operate efficiently during the Chapter 11 proceedings.

    4.      11 U.S.C. §363(c)(1) of the Bankruptcy Code authorizes the trustee to enter into transactions, including the use of property of the estate, in the ordinary course of business without notice or hearing.

    5.      Maintaining the existing cash management system is necessary for the effective administration of this case and is in the best interests of all parties.

    6.      The Debtor, as a debtor in possession, is authorized to operate its business pursuant to 11 U.S.C. §1108 of the Bankruptcy Code, which implicitly includes the authority to maintain its existing cash management.

    7.      The Debtor will maintain strict records of all transfers of cash and will ensure compliance will all applicable provisions of the Bankruptcy Code and the Local Bankruptcy Rules for the District of Columbia.

    8.      Maintaining the existing cash management system will avoid unnecessary expenses associated with establishing new accounts, obtaining new checks and business forms, and implementing a new cash management system.

    9.      The relief requested is necessary to avoid immediate and irreparable harm to the Debtor's estate that would result from disruption to its normal business operations.

    10.     This Court has the authority to regulate the manner of giving notice in bankruptcy proceedings pursuant to 11 U.S.C §342.

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

    A.      Authorizing the Debtor to maintain its existing cash management system;

B. Authorizing and directing all banks with which the Debtor maintains accounts to continue to maintain, service, and administer such accounts;

C. Waiving the requirements of the U.S. Trustee Guidelines to the extent they are inconsistent with the Debtor's existing practices under its cash management system, or any action taken by the Debtor in accordance with any order granting this Motion or any other order entered in these Chapter 11 cases; and

D. Granting such other and further relief as is just and proper.

Respectfully submitted,

**NGAMGA-K LAW PLLC**

/s/ Gertrude Ngamga Kamtchoum
Gertrude Ngamga Kamtchoum, Esq. (Bar ID. 1660199)
300 New Jersey Avenue, NW -Suite 900
Washington, DC 20001
(202) 469-3455
*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this **31st** day of **January, 2025**, a true copy of the Debtor's Motion to Authorize Maintenance of Existing Cash Management System was served *via* CM/ECF and U.S. Mail, first class, postage prepaid on:

**Kristen Eustis
Department of Justice
Office of The United States Trustee
1725 Duke Street -Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov**
*Trial Attorney*

**Angela Shortall
U.S. Trustee for Region Four
U.S. Trustee's Office
348 Thompson Creek Mall -Suite 339
Stevensville, MD 21666
ashortall@3cubed0as.com**
*Trustee*

/s/ Gertrude N. Ngamga Kamtchoum
Gertrude N. Ngamga Kamtchoum
**NGAMGA-K LAW PLLC**
300 New Jersey Avenue, NW- Suite 900
Washington, DC 20814
(202) 469-3455
gngamga@ngamgalaw.com
*Counsel for the Debtor*