The order below is hereby signed.

Signed: February 28 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> **Paradigm Chiropractic and Performance, LLC,** <br><br> **Debtor.** | Case No. 25-00034-ELG <br><br> Chapter 11 |

### ORDER GRANTING MOTION TO EXPEDITE HEARING AND TO SHORTEN TIME TO RESPOND TO THE ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 (the "U.S. Trustee") to Expedite Hearing and Shorten Time to Respond (the "Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that any opposition to the Motion to Dismiss shall be heard orally at the hearing; and it is further

ORDERED, that the hearing on the U.S. Trustee's Motion to Dismiss shall be held on **March 5, 2025 at 10:00 a.m.**, in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations; and it is further

ORDERED, that immediately upon entry of this Order, the U.S. Trustee shall serve a notice of the hearing to all required parties.

I ask for this:

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: _/s/ Kristen S. Eustis_
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Copies to:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Gertrude Ngamga Kamtchoum gngamga@ngamgalaw.com, mjohnson@ngamgalaw.com

Michael D. Nord mnord@gebsmith.com

Angela Shortall ashortall@3cubed-as.com, md70@ecfcbis.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

All creditors on mailing matrix

**END OF ORDER**