**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-0034-ELG** |
| | : | |
| **Paradigm Chiropractor and Performance, LLC,** | : | **Chapter 11** |
| | : | |
| **Debtor,** | : | |
| _____ | : | |

**MOTION TO EXPEDITE HEARING ON AND**
**SHORTEN TIME TO RESPOND TO CASH COLLATERAL MOTION**

COMES NOW, Paradigm Chiropractic and Performance, LLC, by and through the undersigned counsel, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure, and hereby moves this Court to expedite the hearing and shorten time to Respond to Debtor's Cash Collateral Motion. In support of this motion, the Debtor states as follows:

1.      This Court has jurisdiction over this Motion and Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant 28 U.S.C. §§ 1408 and 1409.

2.      On January 27,2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of title 11 of the United States Code (the "Bankruptcy Code").  Debtor intends to continue in possession of its properties and the management of its business as a debtor-in-possession pursuant to sections 1183 and 1184 of the Bankruptcy Code.

3.      No committee of creditors has been appointed in this case by the United States Trustee. Angela L. Shortall has been appointed as Subchapter V trustee.

4.      The Debtor is a District of Columbia limited liability company, which operates a medical facility as chiropractor, at 650 Pennsylvania Ave, SE, Suite 470, in Washington, DC.

5.      Concurrently with this motion, the Debtor has filed the Motion for *Expedited Motion For Interim order (I) Authorization the Use of Cash Collateral, (II) Granting Adequate Protection pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing (the "Cash Collateral Motion")*.

6.      The Motion seeks to expedite the hearing on the Cash Collateral Motion and Shorten the time for parties to respond due to the urgent need to use cash collateral to continue its business operations and avoid immediate and irreparable harm to the estate.

7.      The Debtor requests that Court hold a hearing on the Motion as soon as practicable, on or before March 5, 2025.

8.      Federal Rule Bankruptcy Procedure 4001 (b) provides that the court may commence final hearing on a motion for authorization to use cash collateral to the extent necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

9.      The Debtor submits that expedited consideration of the Cash Collateral Motion is necessary to prevent immediate and irreparable harm to the Debtor's estate without the ability to use cash collateral, the Debtor will be unable continue critical business operations.

10.      The Debtor proposes that the Court set a preliminary on the Cash Collateral Motion on **March 5, 2025, at 10:00 a.m.**, with objections due by **4:00 p.m**. on the day before the expedited hearing.

2

11.     The Debtor further requests that the Court schedule a final hearing on the

Cash Collateral Motion within the fourteen (14)-day period prescribed by Rule 4001(b).

12.     The Debtor has made reasonable efforts to provide notice of this motion and

the Cash Collateral Motion to all parties CM/ECF and U.S. *via* Certified Mail.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

A.     Granting this Motion to Expedite;

B.     Setting a preliminary hearing on the Cash Collateral Motion for **March 5,**

**2025 at 10:00 a.m.**

C.     Scheduling a final hearing on the Cash Collateral Motion within the 14-day

period prescribed by Rule 4001 (b); and

D.     Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**NGAMGA-K LAW PLLC**

/s/ Gertrude Ngamga Kamtchoum
Gertrude Ngamga Kamtchoum, Esq. (Bar ID. 1660199)
300 New Jersey Avenue, NW -Suite 900
Washington, DC 20001
(202) 469-3455
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **28th day of February, 2025**, a true copy

of the Debtor's Motion to Expedite Hearing and Shorten Time to Respond was served *via*

CM/ECF and U.S. Mail, certified mail, postage prepaid on:

Kristen Eustis
Department of Justice
Office of The United States Trustee
1725 Duke Street -Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Trial Attorney*

Angela Shortall
U.S. Trustee for Region Four
U.S. Trustee's Office
348 Thompson Creek Mall -Suite 339
Stevensville, MD 21666
ashortall@3cubed0as.com
*Trustee*

Fundation Group LLC
1501 Sunset Hills Road, Suite 400
Reston, VA 20190

American Express Delta
PO Box 75265
Dallas, TX  75265

IRS
Internal Revenue Service Center
Ogden, UT 73301+0010

Barclay
PO Box 653067
Dallas, TX 75265

Student Loans
Mohela
8019 Alloway Ln
Beltsville, MD 20705

Celtic Bank SBA Loan
268 South State, Suite 300
Salt Lake City, UT 84111

PNC
300 Fifth Avenue
Pittsburg, PA 1522-2401

Fintegra
99 Wall Street, Suite 686
New York, NY 10005

Clover Capital
415 N. Mathilda Ave.
Sunnyvale, CA 94085

PNC
PO Box   747032
Pittsburg, PA 15219

/s/ Gertrude N. Ngamga Kamtchoum
Gertrude N. Ngamga Kamtchoum
**NGAMGA-K LAW PLLC**
300 New Jersey Avenue, NW- Suite 900
Washington, DC 20814
(202) 469-3455
gngamga@ngamgalaw.com
*Counsel for the Debtor*