**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 25-0034-ELG |
| | : | |
| **Paradigm Chiropractor and Performance, LLC,** | : | Chapter 11 |
| | : | |
| Debtor, | : | Subchapter V |
| _____ | : | |

**EXPEDITED MOTION FOR ENTRY OF INTERIM ORDER (I)AUTHORIZING THE USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363 and (III) SCHEDULING A FINAL HEARING**

COMES NOW, Paradigm Chiropractic and Performance, LLC, by and through the undersigned counsel, pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure, and hereby respectfully moves this Court for expedited entry of an interim order (I) authorizing the use of cash collateral, (II) granting adequate protection pursuant to 11 U.S.C. §§361 and 363, and (III) scheduling a final hearing (the "Cash Collateral Motion"). In support of this motion, the Debtor respectfully states as follows:

1. On January 27, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtor is a District of Columbia limited liability company, which operates a medical facility as chiropractor, at 650 Pennsylvania Ave, SE, Suite 470, in Washington, DC.

4. The Debtor seeks authorization to use cash collateral, as defined in Section 363(a) of the Bankruptcy Code, held in two (2) PNC bank accounts ending in 3518 and 5083 to continue its business operations and avoid immediate and irreparable harm to the estate.

5. Pursuant to Section 363(c)(2) of the Bankruptcy Code, the Debtor may not use cash collateral without the consent of each entity that has an interest in such cash collateral or court authorization after notice and hearing.

6. The Debtor proposes to provide adequate protection to the entities with an interest in the cash collateral pursuant to Section 361 of the Bankruptcy Code.

7. The Debtor submits that the use of cash collateral is necessary to avoid immediate and irreparable harm to the estate, as it will allow the Debtor to continue its business operations, maintain relationships with vendors and patients, pay employees and preserve the value of the estate.

8. This motion is made on expedited basis due to the urgent for the Debtor to use cash collateral to continue its operations and preserve the value of the estate.

9. This motion complies with Bankruptcy Code 4001(b) and is accompanied by a proposed form of order.

10. Federal Rule of Bankruptcy Procedure 4001(b) provides that the Court may commence a final hearing on a motion for authorization to use cash collateral no earlier than fourteen (14) days after the service of the motion.

11. Rule 4001(b) further provides that upon request, the Court may conduct a preliminary hearing before such fourteen-day period expires to authorize the use of cash

collateral as is necessary to avoid immediate and irreparable harm to the estate prior to the final hearing.

WHEREFORE, the Debtor respectfully requests that this Court enter an interim Order:

A. Authorizing the Debtor to use cash collateral held in the PNC Bank accounts on interim basis to pay those obligations set forth in the budget attached hereto as **Exhibit A** for period of fourteen (14) days from the Petition Date, through and including March 19, 2025.

B. Granting any holders of secured interests in cash collateral, pursuant to Sections 361 and 363(c)(2) of the Bankruptcy Code, adequate protection, retroactive to the Petition Date, of its interest in their alleged prepetition collateral, including the cash collateral in an amount to the aggregate diminution in value, if any, of such interests from and after the Petition Date;

C. Scheduling a final hearing on this motion; and

D. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**NGAMGA-K LAW PLLC**

/s/ Gertrude Ngamga Kamtchoum
Gertrude Ngamga Kamtchoum, Esq. (Bar ID. 1660199)
300 New Jersey Avenue, NW -Suite 900
Washington, DC 20001
(202) 469-3455
*Counsel for the Debtor*

.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **28th** day of **February, 2025**, a true copy of the foregoing pleading was served *via* CM/ECF and U.S. Mail, certified mail, postage prepaid on:

Kristen Eustis
Department of Justice
Office of The United States Trustee
1725 Duke Street -Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Trial Attorney*

Angela Shortall
U.S. Trustee for Region Four
U.S. Trustee's Office
348 Thompson Creek Mall -Suite 339
Stevensville, MD 21666
ashortall@3cubed0as.com
*Trustee*

Fundation Group LLC
1501 Sunset Hills Road, Suite 400
Reston, VA 20190

American Express Delta
PO Box 75265
Dallas, TX  75265

IRS
Internal Revenue Service Center
Ogden, UT 73301+0010

Barclay
PO Box 653067
Dallas, TX 75265

Student Loans
Mohela
8019 Alloway Ln
Beltsville, MD 20705

4

Celtic Bank SBA Loan
268 South State, Suite 300
Salt Lake City, UT 84111

PNC
300 Fifth Avenue
Pittsburg, PA 1522-2401

Fintegra
99 Wall Street, Suite 686
New York, NY 10005

Clover Capital
415 N. Mathilda Ave.
Sunnyvale, CA 94085

PNC
PO Box 747032
Pittsburg, PA 15219

/s/ Gertrude Ngamga Kamtchoum
Gertrude N. Ngamga Kamtchoum, Esq.
**NGAMGA-K LAW PLLC**
300 New Jersey Avenue, NW- Suite 900
Washington, DC 20814
(202) 469-3455
gngamga@ngamgalaw.com
*Counsel for the Debtor*